THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL RESNICK, Appellant.—

In our opinion, the People failed to establish beyond a reasonable doubt the defendant's guilt of the crimes charged. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.